SULLIVAN, Senior Judge
(concurring in the result):
Appellant requested that the Court of Criminal Appeals order the Government to produce for defense review a copy of an investigation of prosecutorial misconduct at his court-martial. I would remand this case to the Court of Criminal Appeals to consider this request in light of this Court’s decision in United States v. Ginn, 47 MJ 236 (1997). Neither United States v. Huberty, 53 MJ 369 (2000), nor United States v. Lewis, 42 MJ 1 (1995), provides a comprehensive approach or framework in which to resolve post-trial requests for discovery. While United States v. Ginn particularly addresses requests for post-trial fact-finding hearings, it can be readily used for resolving other requests for post-trial discovery.